| | |
|---|---|
| Defendant: | **SwiftWin Solutions, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112708 | $113,080.00 | 2/24/2023 | 97416 | 10/1/2022 | $113,080.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112944 | $113,080.00 | 3/3/2023 | 97951A | 11/1/2022 | $113,080.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113054 | $119,520.00 | 3/10/2023 | 98702 | 11/30/2022 | $6,440.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113054 | $119,520.00 | 3/10/2023 | 98678 | 12/1/2022 | $113,080.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113309 | $11,760.00 | 3/16/2023 | 97614A | 9/30/2022 | $11,760.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113277 | $108,240.00 | 3/16/2023 | CM:113277 | 3/17/2023 | ($63,916.00) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113277 | $108,240.00 | 3/16/2023 | 98680_1 | 12/1/2022 | $172,156.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113390 | $63,916.00 | 3/27/2023 | CM:113390 | 3/27/2023 | ($108,240.00) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113390 | $63,916.00 | 3/27/2023 | 98680_2 | 12/1/2022 | $172,156.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113597 | $26,940.00 | 4/6/2023 | 99172 | 1/1/2023 | $102,800.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113597 | $26,940.00 | 4/6/2023 | 97416WTCR | 1/31/2023 | ($80,000.00) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113597 | $26,940.00 | 4/6/2023 | 100198 | 2/28/2023 | $4,140.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113568 | $152,773.00 | 4/6/2023 | 99677 | 1/31/2023 | $5,060.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113568 | $152,773.00 | 4/6/2023 | 99245 | 12/30/2022 | $3,680.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113568 | $152,773.00 | 4/6/2023 | 100098 | 3/1/2023 | $144,033.00 |

**Totals:** 8 transfer(s), $709,309.00